## SCRIBNER v. HOLMES.

A legal public highway, in actual use, is not embraced in a general covenant against incumbrances.

*Thursday, May 30.*

APPEAL from the *Marion* Circuit Court.

*Per Curiam.* — This case was tried on *May* 16, on which day a motion for a new trial was overruled, exception taken, and leave given to file a bill of exceptions in thirty days. The bill was not filed until *July* 6. That was too late. A legal public highway, in actual use, is not embraced in a general covenant against incumbrances. It would be unreasonable that it should be. See Rawle on Cov. 141, *et seq.*

The judgment is affirmed, with 5 per cent. damages and costs.

*J. W. Gordon* and *Jno. A. Beal*, for the appellant.
*D. McDonald*, for the appellee.